# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-1077

_____

David Turner

*Plaintiff - Appellant*

v.

John Roach, Correctional Officer

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: June 25, 2013
Filed: June 28,2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate David Turner appeals the district court's[1] adverse grant of summary judgment on his excessive-force claim.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

Following de novo review, we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____